IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Curtis R. Davis, Jr., | ) | No. CV-13-00614-PHX-ROS |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Charles L. Ryan, et al., | ) | |
| Respondents. | ) | |

On December 18, 2013, Magistrate Judge Lawrence O. Anderson issued a Report and Recommendation ("R&R") recommending the Court grant Petitioner's request to withdraw his petition for a writ of habeas corpus. (Doc. 15). No objections were filed. Therefore, the R&R will be adopted in full. Accordingly,

**IT IS ORDERED** the Report and Recommendation (**Doc. 15**) is **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** the Motion to Withdraw Petition (**Doc. 13**) is **GRANTED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter a judgment of dismissal without prejudice.

DATED this 10th day of January, 2014.

_____
Roslyn O. Silver
Senior United States District Judge